## RILEY v. STATE.

No. 25079.

Court of Criminal Appeals of Texas.

Jan. 3, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor laws in which the jury

assessed the punishment at one year in jail and a fine of $1,000.

The record as brought forward contains no statement of facts nor bills of exception. All the proceedings appear regular in every respect.

The judgment of the trial court is affirmed.